RECEIVED
Mail Room

APR 2 6 2016

United States Court of Appeals
District of Columbia Circuit

**MOTION UNDER 28 U.S.C. § 2244 FOR ORDER AUTHORIZING DISTRICT COURT TO CONSIDER SECOND OR SUCCESSIVE APPLICATION FOR RELIEF UNDER 28 U.S.C. §§ 2254 OR 2255**

# United States Court of Appeals for the

| Name of Movant | Prisoner Number | Case Number (leave blank) |
|---|---|---|
| Charles K. Booker | 06669-007 | |

**Place of Confinement:** FCC Petersburg Medium

**IN RE:** BOOKER , MOVANT

FILED
JUN 1 0 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1. Name and location of court which entered the judgment of conviction from which relief is sought: U.S. District Court for the District of Columbia

2. Parties' Names: United States of America vs. Charles K. Booker

3. Docket Number: CR-04-049-01    4. Date Filed: January 7, 2005

5. Date of judgment of conviction: May 10, 2004    6. Length of sentence: 360 Months

7. Nature of offense(s) involved (all counts): Unlawful Distribution of Cocaine Base [21 U.S.C. §§ 841(a)(1); (b)(1)(C)], Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense [18 U.S.C. § 924(c)], Unlawful Possession of a Firearm and Ammunition by Person Convicted of a Crime...Exceeding 1 Year [§ 922(g)(1)

8. What was your plea? (Check one)   ☒ Not Guilty   ☐ Guilty   ☐ Nolo Contendere

9. If you pleaded not guilty, what kind of trial did you have? (Check one)   ☒ Jury   ☐ Judge only

10. Did you testify at your trial? (Check one)   ☐ Yes   ☒ No

11. Did you appeal from the judgment of conviction? (Check one)   ☒ Yes   ☐ No

12. If you did appeal, what was the

   Name of court appealed to: U.S. Court of Appeals - District of Columbia

   Parties' names on appeal: U.S.A. vs. Charles K. Booker

   Docket number of appeal: 04-3152    Date of decision: Feb. 3, 2006

   Result of appeal: Affirmed

13. Other than a direct appeal from the judgment of conviction and sentence, have you filed any other petitions, applications for relief, or other motions regarding this judgment in any federal court?   ☒ Yes   ☐ No

14. If you answered "Yes" to question 13, answer the following questions:

   A. FIRST PETITION, APPLICATION, OR MOTION
   (1) In what court did you file the petition, application, or motion? U.S. Dist. Ct. Dist. of Columbia

   (2) What were the parties' names? United States of America vs. Charles K. Booker

   (3) What was the docket number of the case? 1:07-cv-1099

   (4) What relief did you seek? New Trial and Resentencing.

   (5) What grounds for relief did you state in your petition, application, or motion? Possession and Sentence on the Firearm Counts.

   (6) Did the court hold an evidentiary hearing on your petition, application or motion?   ☐ Yes   ☒ No

   (7) What was the result?   ☐ Relief granted   ☒ Relief denied on the merits
   ☐ Relief denied for failure to exhaust   ☐ Relief denied for procedural default

   (8) Date of court's decision: July 11, 2008

   B. SECOND PETITION, APPLICATION, OR MOTION
   (1) In what court did you file the petition, application, or motion? U.S. Dist. Ct. E. Dist. of Virginia

   (2) What were the parties' names? Charles K. Booker vs. Eric D. Wilson

   (3) What was the docket number of the case? 1:14-cv-1085 GVL/JFA

   (4) What relief did you seek? Resentencing

   (5) What grounds for relief did you state in your petition, application, or motion? That Armed Career Criminal Enhancement was Unconstitutional in light of Descamps v. United States, 186 L.Ed. 2d 438 (2013)

   (6) Did the court hold an evidentiary hearing on your petition, application or motion?   ☐ Yes   ☒ No

   (7) What was the result?   ☐ Relief granted   ☐ Relief denied on the merits
   ☐ Relief denied for failure to exhaust   ☒ Relief denied for procedural default

   (8) Date of court's decision: November 5, 2014

**C. THIRD AND SUBSEQUENT PETITIONS, APPLICATIONS, OR MOTIONS**
For any third or subsequent petition, application, or motion, attach a separate page providing the information required in Items (1) through (8) above for first and second petitions, applications, or motions.

**D. PRIOR APPELLATE REVIEW(S)**
Did you appeal the results of your petitions, applications, or motions to a federal court of appeals having jurisdiction over your case? If so, list the docket numbers and dates of final disposition for all subsequent petitions, applications, or motions filed in a federal court of appeals.

| | | | |
|---|---|---|---|
| First petition, application, or motion | ☐ Yes | Appeal No. _____ | ☒ No |
| Second petition, application, or motion | ☐ Yes | Appeal No. _____ | ☒ No |
| Subsequent petitions, applications or motions | ☐ Yes | Appeal No. _____ | ☒ No |
| Subsequent petitions, applications or motions | ☐ Yes | Appeal No. _____ | ☒ No |
| Subsequent petitions, applications or motions | ☐ Yes | Appeal No. _____ | ☒ No |
| Subsequent petitions, applications or motions | ☐ Yes | Appeal No. _____ | ☒ No |

If you did not appeal from the denial of relief on any of your prior petitions, applications, or motions, state which denials you did not appeal and explain why you did not.

Certificate of Appealability Denied.

15. Did you present any of the claims in this application in any previous petition, application, or motion for relief under 28 U.S.C. § 2254 or § 2255? (Check one)     ☐ Yes     ☒ No

16. If your answer to question 15 is "Yes," give the docket number(s) and court(s) in which such claims were raised and state the basis on which relief was denied.

N/A

17. If your answer to question 15 is "No," why not? This Court will grant you authority to file in the district court only if you show that you could not have presented your present claims in your previous § 2254 or § 2255 application because . . .

    A. (For § 2255 motions only) the claims involve "newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found [you] guilty"; or,

    B. (For § 2254 petitions only) "the factual predicate for the claim could not have been discovered previously through the exercise of due diligence" and "the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found [you] guilty of the offense"; or,

XXX   C. (For both § 2254 and § 2255 applicants) the claims involve "a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court [of the United States], that was previously unavailable."

I did not present the following claims in any previous petition, application, or motion for relief under 28 U.S.C. § 2254:

Johnson v. United States, ___ U.S. ___, 135 S.Ct. 2551, 192 L.Ed. 2d 569 (2015) found the residual clause of the Armed Career Criminal Act unconstitutional. Petitioner was enhanced to this ACCA mandatory minimum sentence by finding two predicate offenses to be violent under the ACCA residual clause. The Supreme Court held this retroactive. See Welch v. U.S.

I did not present the claims listed above in any previous petition, application, or motion because Supreme Court and Circuit precedent dictated that any claim that the residual clause of the Armed Career Criminal Act was unconstitutional would have been deemed frivolous.

Movant prays that the United States Court of Appeals for the Fourth Circuit grant an Order Authorizing the District Court to Consider Movant's Second or Successive Application for Relief Under 28 U.S.C. §§ 2254 or 2255.

*Charles K. Booker*
Movant's Signature

I declare under Penalty of Perjury that my answers to all questions in this Motion are true and correct.

Executed on  April 21, 2016
             [date]

*Charles K. Booker*
Movant's Signature

PROOF OF SERVICE

A copy of this motion and all attachments must be sent to the state attorney general (§ 2254 cases) or the United States Attorney for the United States judicial district in which you were convicted (§ 2255 cases).

I certify that on  April 21, 2016  I mailed a copy of this motion and all attachments
                  [date]

to  Suzanne Greatly Curt  at the following address:

555 Fourth Street, NW, Room 8104, Washington, DC, 20530

*Charles K. Booker*
Movant's Signature